TRINA A. HIGGINS, United States Attorney (#7349)
CARL D. LeSUEUR, Assistant United States Attorney (#16087)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carl.lesueur@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> AARON A. WAGNER <br><br> Defendant. | Case No. 2:24mj1042-DAO <br><br><br> ORDER UNSEALING CRIMINAL CASE AND DOCUMENTS |

The United States has moved to unseal this case and the documents filed herein.  Good cause therefore appearing, it is hereby

ORDERED that this case and the documents filed herein be and are unsealed.

DATED this 25th day of October, 2024.

_____
DAPHE A. OBERG
United States Magistrate Judge